BEFORE THE FIRST DIVISION, FEBRUARY 7, 1963

No. 67417.—Quon Quon Company *v.* United States, protests 274589–K, 275944–K, and 287202–K (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of rattancore table tops similar in all material respects to those the subject of *United States* v. *Quon Quon Company* (46 CCPA 70, C.A.D. 699), the claim of the plaintiff was sustained.

No. 67418.—Greek Orthodox Church Transfiguration of Christ *v.* United States, protest 61/14110 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the iconastasis merchandise consists of one wooden templo similar in all material respects to that the subject of *United States* v. *Greek Orthodox Church of Evangelismos* (49 CCPA 35, C.A.D. 792), the claim of the plaintiff was sustained.

No. 67419.—M. Adler's Son, Inc. *v.* United States, protests 59/23385 and 59/25639 (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls with stems similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.